ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 9 2004

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 04-0128-02 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| ERNIE SALDUA, JR.    (02) | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of court endorsed hereon, the United

States Attorney for the District of Hawaii hereby dismisses the

Criminal Complaint against Defendant ERNIE SALDUA, JR. on the

grounds that the case is in an investigative status.

14

The defendant is not in custody on the dismissed charge(s) listed above.

DATED:  February 18, 2004, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By _~Jim Sorenson~_____
KENNETH M. SORENSON
Assistant U.S. Attorney




Leave of court is granted for the filing of the foregoing dismissal.


UNITED STATES MAGISTRATE JUDGE




UNITED STATES v. ERNIE SALDUA, JR.
Mag. No. 04-0128-02 LEK
"Order for Dismissal"