

| | | | |
|---|---|---|---|
| Richlyn Young/HID/09/USCOURTS<br>03/15/2004 11:27 AM | To | HIDml_CR Notice Group, phl@maui.net | |
| | cc | | |
| | bcc | | |
| | Subject | CR 04-00089DAE/USA v. (02) Ernie Saldua Jr. | |

**Initial Appearance and A & P to Indictment as to (02) Ernie Saldua Jr. set for 3-22-04 @ 10:30 a.m., BMK.**

AUSA: Kenneth Sorenson
Notified deft's counsel: (02) Philip Lowenthal


Richlyn Young
Courtroom Manager to Judge Barry M. Kurren
PH: (808) 541-3090