# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/22/2004 4:30 PM
WALTER A.Y.H. CHINN, CLERK

**CASE NUMBER:** CR 04-00089DAE

**CASE NAME:** USA                    vs. (02) Ernie Saldua, Jr.

**INTERPRETER:**

---

**JUDGE:** JUDGE BARRY M. KURREN          **REPORTER:**

**DATE:** 03/22/2004                      **TIME:**

                                          **ROOM:**

---

**COURT ACTION:** EO

Initial Appearance and A & P to Indictment as to (02) Ernie Saldua, Jr. set
for 03/29/04 is moved to 03/22/2004 10:00:00 AM before BMK at the request of
Lowenthal.

Notified:  Kenneth Sorenson

Submitted by: Richlyn Young, Courtroom Manager