# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/22/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     CR 04-00089DAE

CASE NAME:       U.S.A. vs. (02) Ernie Saldua, Jr.

ATTYS FOR PLA:   Kenneth M. Sorenson

ATTYS FOR DEFT:  (02) Philip Lowenthal

INTERPRETER:

---

JUDGE:   Barry M. Kurren          REPORTER:   C6, CD#3

DATE:    3/22/2004                TIME:       2:07 - 2:10

---

COURT ACTION: EP: Initial Appearance and A&P to Indictment as to (02) Ernie Saldua, Jr.

Defendant is present, not in custody.

Arraignment waived, plea of NOT GUILTY entered.

Dates given:
JS/JT 04/27/04 @ 9:00 a.m. DAE
FPT 03/29/04 @ 10:00 a.m. KSC
Motions 03/15/04
Response 03/29/04

Bail set at:

$50,000.00 UNSECURED

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7c)   Maintain or actively seek employment, as directed by Pretrial Services.

(7g2)  Do not apply for/obtain a passport.

G:\docs\crd\Saldua A&P.wpd

(7h3)   Travel is restricted to: Districts of Nevada and Hawaii, with the prior approval of Pretrial Services..

(7i)    Do not change residence without the advance approval of Pretrial services.

(7s2)   You are prohibited from possessing, or having access to any firearm, ammunition, destructive device, or other dangerous weapon. Immediately surrender all firearms, ammunition, destructive devices, and other dangerous weapons to an agent approved by Pretrial Services.

(7u)    Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v1)   Submit to drug detection testing as approved by Pretrial Services.

(7y)    You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Other Special Conditions:

- You shall not commit any offense in violation of federal, state, or local law while on release in this case.

- You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Submitted by: Bernadette Biacan, Courtroom Manager