| | | |
|---|---|---|
| Shari Afuso/HID/09/USCOURTS<br>03/25/2004 10:54 AM | To | HIDml_CR Notice Group |
| | cc | phl@maui.net, Theresa Lam/HID/09/USCOURTS@USCOURTS |
| | bcc | |
| | Subject | CR04-89DAE, USA v. (02) Ernie Saldua |

# CR04-89DAE, USA v. (02) Ernie Saldua

Motion for Withdrawal of Not Guilty Plea and to Plead Anew as to defendant (02) Ernie Saldua, Jr. set for 4/15/04 at 11:30am before Judge Chang.

The following dates are hereby vacated as to defendant (02) Ernie Saldua, Jr.:
3/29/04: Final Pretrial before Judge Chang
4/27/04: Jury Trial before Judge Ezra

AUSA:  Kenneth Sorenson
Def Atty:  Philip Lowenthal

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 25 2004

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

25