
Richlyn Young/HID/09/USCOURTS
04/05/2004 02:11 PM

To  HIDml_CR Notice Group, victorjbakke@hotmail.com,
cc
bcc
Subject  CR 04-00089DAE  USA v. (01) Rocky Demello

Motion to Withdraw Not Guilty Plea and to Plead Anew as to (01) Rocky Demello set for 4-22-04 @ 10 a.m., KSC.

AUSA:  Kenneth Sorenson
Deft's counsel:  (01) Victor Bakke

Richlyn Young
Courtroom Manager to Judge Barry M. Kurren
PH:  (808) 541-3090

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 5 2004

at __ o'clock and __ min. __M
WALTER A. Y. H. CHINN, CLERK