EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 15 2004

at 12 o'clock and 13 min. M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>ERNIE SALDUA, JR., (02)<br><br>              Defendant. | CR. NO. 04-00089-02 DAE<br><br>CONSENT TO RULE 11 PLEA IN<br>A FELONY CASE BEFORE UNITED<br>STATES MAGISTRATE JUDGE |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

         I have been advised by my attorney and by the United

States Magistrate Judge of my right to enter my plea in this case

before a United States District Judge.  I hereby declare my

intention to enter a plea of guilty in the above case, and I

request and consent to the Magistrate Judge conducting the

proceedings required by Rule 11, Fed.R.Crim.P., incident to the

making of such plea.  I understand that if the United States

Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Fed.R.Crim.P.  I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED:  April 15, 2004, at Honolulu, Hawaii.

_____
ERNIE SALDUA, JR.
Defendant

_____
PHILIP LOWENTHAL, ESQ.
Attorney for Defendant

APPROVED:

_____
KENNETH M. SORENSON
Assistant U.S. Attorney