# MINUTES

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/15/04  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00089DAE |
| CASE NAME: | United States of America Vs. (02) Ernie Saldua, Jr. |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| ATTYS FOR DEFT: | (02) Philip Lowenthal |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR-C-5CD 12:11 |
| DATE: | 4/15/04 | TIME: | 12:13pm-12:23pm |

COURT ACTION: EP: Motion for Withdrawal of Not Guilty Plea and to Plead Anew as to Defendant (02) Ernie Saludua, Jr.-Defendant present not in Custody.

Defendant Sworn.

Court questions the Defendant

Consent to Rule 11 Plea in a Felony Case before U.S. Magistrate Judge signed and filed.

Memorandum of Plea Agreement signed and filed.

Defendant enters a Plea of Guilty as to Count 1 of the Indictment.

Court recommends that the Guilty Plea be accepted and be adjudged Guilty as to Count 1 of the Indictment.

Defendant referred to the Probation Office for the preparation of the presentence report.

Sentence set for January 18, 2005 @2:15 p.m. before Judge Ezra

G:\docs\leslie\Ernie Saldua, Jr

Defendant to continue on present Bail.

Submitted by Leslie L. Sai, Courtroom Manager

G:\docs\leslie\Ernie Saldua, Jr