**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 27 2004

at 3 o'clock and 47 min. P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00089 DAE |
| ) | |
| Plaintiff, ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. ) | ADJUDICATION OF GUILT AND |
| ) | NOTICE |
| ERNEST SALDUA, JR., (02) ) | OF SENTENCING |
| ) | |
| Defendant. ) | |
| ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count 1 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense(s). All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, APR 27 2004.

_____
UNITED STATES DISTRICT JUDGE

GUILTY.ACP