**ORIGINAL**

PAUL J. CUNNEY
A Law Corporation
220 S. King Street, Ste. 2290
Honolulu, Hawaii 96813
Telephone No. 523-0077

PAUL J. CUNNEY, #3145
R. PATRICK MCPHERSON, #6683
VICTOR J. BAKKE, #5749
Attorneys for Defendant
ROCKY DEMELLO



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 28 2004

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00089 DAE |
| Plaintiff, | **WITHDRAWAL OF COUNSEL;** |
| vs. | **SUBSTITUTION OF COUNSEL AND ORDER** |
| ROCKY DEMELLO, | |
| Defendant. | |

### WITHDRAWAL OF COUNSEL

Comes now attorney JEFFREY ARAKAKI, pursuant to Rule 83.6 (b) of the General and Civil Rules for the United States District Court for the District of Hawaii and hereby withdraws as counsel for Defendant ROCKY DEMELLO in the above-entitled case.

DATED at Honolulu, Hawaii, May 26, 2004.

_____
WITHDRAWING ATTORNEY
JEFFREY ARAKAKI, Esq.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00089 DAE |
| Plaintiff, | ) ) | **SUBSTITUTION OF COUNSEL AND ORDER** |
| vs. | ) ) | |
| ROCKY DEMELLO, | ) ) | |
| Defendant. | ) ) ) ) ) ) | |

## SUBSTITUTION OF COUNSEL

Upon withdrawal of attorney JEFFREY ARAKAKI as attorney for Defendant, Private counsel, PAUL J. CUNNEY & VICTOR J. BAKKE, the undersigned hereby appears as counsel for Defendant ROCKY DEMELLO.

DATED at Honolulu, Hawaii, _May 18, 2004_.

_____
PAUL J. CUNNEY
VICTOR J. BAKKE
Private Counsel for Defendant

_____
ROCKY DEMELLO, DEFENDANT

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00089 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER FOR WITHDRAWAL AND** |
| ROCKY DEMELLO, | ) | **SUBSTITUTION OF COUNSEL** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL**

It is hereby ordered that attorney JEFFREY ARAKAKI, be allowed to withdraw and that Private Counsel, Paul J. Cunney, be allowed to substitute as counsel for the defendant ROCKY DEMELLO.

APPROVED AND SO ORDERED

_____
Honorable Presiding Judge/Magistrate
JUDGE OF THE ABOVE-ENTITLED COURT

United States v. ROCKY DEMELLO,
CR. No. 04-00089 DAE
Order for Withdrawal and Substitution of Counsel