ORIGINAL

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 9 2004

at __ o'clock and __ min. __
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00089-02 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF |
| | ) | NON-OBJECTION; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| ERNIE SALDUA, JR., (02) | ) | Date:  January 18, 2005 |
| | ) | Time:  2:15 p.m. |
| Defendant. | ) | Chief Judge:  David A. Ezra |

## GOVERNMENT'S NOTICE OF NON-OBJECTION

The UNITED STATES OF AMERICA has no objection to the Proposed Presentence Report in the above-captioned matter, and no requested additions to that Report.

DATED:  December 9, 2004, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Kenneth M. Sorenson
KENNETH M. SORENSON
Assistant U.S. Attorney

## *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the foregoing document was duly served upon the following persons on December 9, 2004, as set forth below:

```
PHILIP LOWENTHAL, ESQ.
Philip Lowenthal, Esq.
33 N. Market Street
Suite 101
Wailuku, Maui, HI   96793-1742
```

Attorney for Defendant
ERNIE SALDUA, JR.

**BY: MAIL ( X )   HAND (   )**

```
ANNE SHIMOKAWA
U.S. PROBATION OFFICE
300 Ala Moana Boulevard, Room C-126
P.O. Box 50111
Honolulu, HI   96850
```

**BY: MAIL (   )   HAND ( X )**

DATED:  December 9, 2004, at Honolulu, Hawaii.

*[signature]*