ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2004

at _____ o'clock and _____ min. ___ M
WALTER A.Y.H. CHINN, CLERK

PHILIP H. LOWENTHAL    945
33 N. Market Street, Suite 101
Wailuku, Hawai'i 96793
Telephone: 242-5000 (HNL 545-5688)
phl@maui.net

Attorney for Defendant
ERNEST SALDUA, JR.

IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-0089 DAE |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| ERNEST SALDUA, JR. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S SENTENCING STATEMENT

COMES NOW Defendant, by and through his undersigned attorney,

and for his Sentencing Statement in response to the Proposed Presentence

Report states that he does not dispute any of the numbered paragraphs.

DATED:  Wailuku, Maui, Hawai'i, _12/20/04_____.

PHILIP H. LOWENTHAL
Attorney for Defendant
ERNEST SALDUA, JR.



<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing document was

duly served on the following, via hand delivery on today's date:

KENNETH M. SORENSON
Assistant U.S. Attorney
300 Ala Moana Blvd., Room 6100
P.O. BOX 50183, PJKK Federal Building
Honolulu, Hawai'i 96850

Attorney for Plaintiff
UNITED STATES OF AMERICA


ANTHONY BARRY
Senior U.S. Probation Officer
300 Ala Moana Blvd., Room C-110
Honolulu, Hawai'i 96850


DATED:  Wailuku, Maui, Hawaii, _____12/20/04_____.


PHILIP H. LOWENTHAL
Attorney for Defendant
ERNEST SALDUA, JR.