FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 3 2005

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

LODGED

at 10 o'clock and 45 min. M.
WALTER A.Y.H. CHINN, CLERK

JERRY I. WILSON    1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

JAN 26 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorney for Defendant
 LARRY CLIFFORD (03)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00089(03)DAE |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE DEFENDANT LARRY CLIFFORD'S SENTENCING DATE, AND ORDER |
| LARRY CLIFFORD  (03), | OLD SENTENCING |
| Defendant. | DATE:    January 24, 2005, at 1:30 p.m. |
| | NEW DATE:  April 28, 2005, at 1:30 p.m. |
| | Chief Judge:    DAVID ALAN EZRA |

**STIPULATION TO CONTINUE**
**DEFENDANT LARRY CLIFFORD'S SENTENCING DATE**

The UNITED STATES OF AMERICA and Defendant (03), LARRY
CLIFFORD, by and through their respective attorneys, hereby
stipulate and agree that the sentencing date previously set for
January 24, 2005, at 1:30 p.m., before the Honorable DAVID ALAN
EZRA, be continued to April 28, 2005, at 1:30 p.m., for the reason
that defense counsel requires additional time to adequately prepare
for sentencing and other matters related thereto.

69

The Government has agreed to this continuance of the Defendant's sentencing and has no objection.

DATED:  Honolulu, Hawaii, _____ JAN 2 6 2005 _____.

_____
JERRY I. WILSON
Attorney for Defendant
LARRY CLIFFORD (03)

_____
KENNETH M. SORENSON
Assistant U. S. Attorney

APPROVED AND SO ORDERED:

_____
DAVID ALAN EZRA
Chief Judge of the Above-Entitled Court

United States of America vs. Larry Clifford, Cr. No. 04-00089(03)DAE; STIPULATION TO CONTINUE DEFENDANT LARRY CLIFFORD'S SENTENCING DATE, AND ORDER