ORIGINAL

AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Hawaii

UNITED STATES OF AMERICA    WARRANT FOR ARREST

V.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 6 2007

at 10 o'clock and 00 min. A M
SUE BEITIA, CLERK

Case Number: CR 04-00089 DAE 02

ERNIE SALDUA, JR.,
9133 Ivy Bridge Street
Las Vegas, NV 89123-0640
(Name and Address of Defendant)

U.S. MARSHAL SERVICE HONOLULU
2004 FEB 25 PM 4:08
RECEIVED

YOU ARE HEREBY COMMANDED TO ARREST ERNIE SALDUA, JR., and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Conspiracy to possess w/intent to distribute cocaine, a Schedule II controlled substance - Ct. 1.
Possess w/intent to distribute cocaine, a Schedule II controlled substance - Ct. 2.

in violation of Title 21 United States Code, Section(s) 846; 841.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |

| | February 25, 2004 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL    By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER Special Agent Rachel A Byrd | SIGNATURE OF ARRESTING OFFICER Rachel A Byrd |
| Date of Arrest MAR 2 2 2004 | | |