| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER (Tran. Court)<br>CR 04-00089DAE-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court)<br>07-cr-00364-WDM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>ERNIE SALDUA JR. | DISTRICT<br>District of Hawaii | DIVISION<br>Honolulu | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br>David Alan Ezra | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>1/5/2007 | TO<br>1/4/2012 |

**OFFENSE**

Conspiracy to Distribute and Possess With Intent to Distribute Five Kilograms or More of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846, a Class A felony

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 19 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>COLORADO</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

AUG 13 2007
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE COLORADO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/24/07
_____
Effective Date

_____
United States District Judge